## COX *et al.* v. DEMPSTER MILL MFG. CO.

No. 4638.   Opinion Filed June 29, 1915.

Rehearing Denied September 7, 1915.

(150 Pac. 465.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Syllabus as in **Carthage Superior Marble & Limestone Co. v. Hugh McLennan & Co. et al.,** 48 Okla. 245, 149 Pac. 1074.

(Syllabus by Rittenhouse, C.)

*Error from the County Court, Stephens County;*
*W. H. Admire, Judge.*

Action by the Dempster Mill Manufacturing Company against H. J. Cox and another.   Judgment for defendants, new trial granted, and defendants bring error. Reversed and remanded.

*T. B. Reeder,* for plaintiffs in error.

*D. M. Smith,* for defendant in error.

Opinion by RITTENHOUSE, C.   This is an appeal from the county court of Stephens county.   There was judgment for plaintiffs in error, and a motion for new trial was sustained, from which ruling sustaining the motion for new trial plaintiffs in error have properly perfected an appeal to this court.   They have served and filed a brief in compliance with the rules of this court, and defendant in error has neither filed a brief nor offered

any excuse for its failure to do so.  We have examined the record, and the brief appears reasonably to sustain the assignments of error, and under the numerous authorities of this court, this court is not required to search the record to find some theory upon which the judgment may be sustained, but may reverse the judgment in accordance with the prayer of the petition of plaintiffs in error. *Phillips v. Rogers*, 30 Okla. 99, 118 Pac. 371.

The judgment is therefore reversed and remanded.

By the Court:  It is so ordered.